**Robert E. McVICKER, Petitioner–Appellant,**

v.

**Stephen YARDLEY, Warden, Denmar Correctional Center, Respondent–Appellee.**

No. 01–6568.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 15, 2001.

Robert E. McVicker, pro se. Dawn Ellen Warfield, Office of the Attorney Gener-

al of West Virginia, Charleston, WV, for appellee.

Before NIEMEYER, LUTTIG, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Robert E. McVicker appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *McVicker v. Yardley,* No. CA–98–50–2 (N.D.W.Va. Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*